**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **RANDIE N. PETERS** | |
| **Plaintiff,** | |
| **v.** | |
| **MANCHESTER OPERATOR LLC** | **Case No.: 4:25-cv-01825-MTS** |
| **DEF HOLDINGS LLC** | |
| **AMA HOLDINGS LLC** | **JURY TRIAL DEMANDED** |
| **ASHER MARX** | |
| **JACQUES WOLF** | |
| **Defendants.** | |

## SUGGESTION OF DEATH

Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 25(a), hereby suggests upon the record the death of Plaintiff, Randie N. Peters.

Plaintiff, Randie N. Peters, died on March 18, 2026.

1

Respectfully Submitted,

STEELE LAW FIRM II, LLC

*/s/ Jonathan Steele*
Jonathan Steele
MO#63266/KS#24852/OK# #35997
Email: jonathan@nursinghomeabuselaw.com
Direct: (913) 356-9630
Office: (816) 466-5947
Fax: (913) 416-9425
nursinghomeabuselaw.com

Missouri Office
2029 Wyandotte, Suite 100
Kansas City, MO 64108

Oklahoma Office
15401 N. May Ave., Suite 1100
Edmond, OK 73013

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that the below-signed Attorney signed the original of the above and foregoing and is maintaining the original copy at said Attorney's office, and that on May 15, 2026  a copy of the above and foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to all parties and attorneys of record.

*/s/ Jonathan Steele*
Attorney for Plaintiff(s)

2